■ NYCTL 1998-2 Trust et al., Respondents, v Ambu Trans Holding Corp., Respondent, and Homechester Realty LLC, Intervenor-Appellant, et al., Defendants. [4 NYS3d 888]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (John A. Barone, J.), entered on or about August 20, 2014, and said appeal having been withdrawn before argument by counsel

for the respective parties; and upon the stipulation of the parties hereto dated March 9, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur— Tom, J.P., Andrias, Saxe, Manzanet-Daniels and Kapnick, JJ.